# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DENNIS L. HUTMACHER, JR. & MICHELLE M. HUTMACHER    Case Number: 06-70862
2801 FAIRFAX LANE                         SSN-xxx-xx-9398 & xxx-xx-8127
LAKE IN THE HILLS, IL  60156

Case filed on: 5/22/2006
Plan Confirmed on: 7/24/2006

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $19,600.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY GREGORY J MARTUCCI | 2,774.00 | 2,774.00 | 1,500.00 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 1,500.00 | 0.00 |
| 022 | BUTLER, BUTLER AND ROWSE-OBERLE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DENNIS L. HUTMACHER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | FIFTH THIRD BANK | 12,102.81 | 0.00 | 0.00 | 0.00 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 20,604.42 | 0.00 | 0.00 | 0.00 |
| 003 | GMAC MORTGAGE CORP/MERS INC | 296,161.56 | 0.00 | 0.00 | 0.00 |
| 004 | HOMECOMINGS FINANCIAL | 184,022.56 | 0.00 | 0.00 | 0.00 |
| 021 | GMAC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 512,891.35 | 0.00 | 0.00 | 0.00 |
| 005 | BRENDA . MOSKOVITS, M.D. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 6,758.26 | 6,758.26 | 2,819.40 | 0.00 |
| 007 | CARD HOLDER SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CFS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 11,303.89 | 11,303.89 | 4,715.73 | 0.00 |
| 010 | CITI FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HICKORY MEADOWS CONDOMINIUM ASSOC | 1,100.00 | 1,100.00 | 458.90 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 17,665.94 | 17,665.94 | 7,369.85 | 0.00 |
| 013 | NORTHWEST HEALTH CARE | 379.80 | 379.80 | 158.45 | 0.00 |
| 014 | REPROMEDIX CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | UROLOGICAL SERVICES PC | 280.00 | 280.00 | 116.81 | 0.00 |
| 016 | ELGA CREDIT UNION | 1,988.75 | 1,988.75 | 829.66 | 0.00 |
| 017 | WORLD FINANCIAL NETWORK NATIONAL BANK | 287.74 | 287.74 | 120.04 | 0.00 |
| 018 | WORLD FINANCIAL NETWORK NATIONAL BANK | 353.57 | 353.57 | 147.50 | 0.00 |
| 019 | WILLIAM BEAUMONT HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | WSLC | 6,542.27 | 0.00 | 0.00 | 0.00 |
| 023 | WORLD FINANCIAL NETWORK NATIONAL BANK | 636.17 | 636.17 | 265.39 | 0.00 |
|  | Total Unsecured | 47,296.39 | 40,754.12 | 17,001.73 | 0.00 |
|  | Grand Total: | 562,961.74 | 43,528.12 | 18,501.73 | 0.00 |

Total Paid Claimant:    $18,501.73
Trustee Allowance:      $1,098.27
Percent Paid Unsecured:    41.72

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008         By  /s/Heather M. Fagan